1  GEORGE M. KRAW (#71551)
   LISA M. SCHWANTZ (#206777)
2  KRAW AND KRAW
   1754 Technology Drive, Suite 206
3  San Jose, CA 95110
   Telephone: (408) 573-1754
4  Facsimile: (408) 573-1755

5  Counsel for Plaintiffs

6

7  HEINZ BINDER (#87908)
   ROYA SHAKOORI (#236383)
8  BINDER & MALTER, LLP
   2775 Park Avenue
9  Santa Clara, CA 95050
   Telephone: (408) 295-1700
10 Facsimile: (408) 295-1531

11 Counsel for Defendant

12

13              IN THE UNITED STATES DISTRICT COURT

14           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

16 BAKERY AND CONFECTIONERY            Case No. C08 03000 JF HRL
   UNION AND INDUSTRY
17 INTERNATIONAL PENSION FUND

18
   and
19
   BOARD OF TRUSTEES OF THE
20 BAKERY AND CONFECTIONERY
   UNION AND INDUSTRY
21 INTERNATIONAL PENSION FUND

22
                Plaintiffs,
23
   v.
24
   WILSON'S JEWEL BAKERY, INC.
25
                Defendant.
26

27

28

STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER PLAINTIFFS' COMPLAINT    Case#C08 03000    Page 1

**STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER PLAINTIFFS' COMPLAINT**

Plaintiffs and Defendant, by and through their attorneys of record, hereby stipulate to continue the date within which Defendant must Answer the Complaint filed by Plaintiffs in this case from July 8, 2008 to August 7, 2008.

Defendant's counsel will be on vacation until end of July, 2008 and Plaintiffs' counsel has therefore graciously agreed to extend the time within which Defendant must answer Plaintiffs Complaint until August 7, 2008.

This is Defendant's first request for an extension of time to file an Answer in this case. This extension will not interfere or alter the date of any other hearings or deadlines set by this Court.

Dated: July 9, 2008                KRAW AND KRAW

                                    By /s/ George M. Kraw
                                       George M. Kraw,
                                       Counsel for Plaintiffs

Dated: July 9, 2008                BINDER & MALTER, LLP

                                    By: /s/ Roya Shakoori
                                        Roya Shakoori
                                        Counsel for Defendant

F:\Clients\Wilson's Jewel Bakery\BakeryUnion.StipExtAnswer.wpd