**ECF Attestation**

I, George M. Kraw, am the ECF User whose ID and Password are being used to file this **STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT.**

In compliance with General Order 45 X.B. I hereby attest that Heinz Binder and Roya Shakoori have concurred in this filing.

Dated July 9, 2008                                        /s/ George M. Kraw