```
1  HEINZ BINDER (#87908)
   ROYA SHAKOORI (#236383)
2  BINDER & MALTER, LLP
   2775 Park Avenue
3  Santa Clara, CA 95050
   Telephone: (408) 295-1700
4  Facsimile: (408) 295-1531

5  Counsel for Defendant
```

FILED

2008 AUG 13 P 3 10

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND<br><br>and<br><br>BOARD OF TRUSTEES OF THE BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND<br><br>Plaintiffs,<br><br>v.<br><br>WILSON'S JEWEL BAKERY, INC.<br><br>Defendant. | Case No. C08 03000 JF HRL<br><br>**NOTICE OF FILING BANKRUPTCY AND OF AUTOMATIC STAY OF ACTIONS AGAINST DEBTOR(S)** |

Notice is hereby given to Plaintiffs BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND and BOARD OF TRUSTEES OF THE BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND that Defendant WILSON'S JEWEL BAKERY, INC. filed a Voluntary Petition under

**NOTICE OF FILING BANKRUPTCY AND OF AUTOMATIC STAY OF ACTIONS AGAINST DEBTOR(S)**

Chapter 7 of the United States Code on August 7, 2008, case no. 08-54312-ASW, in the United States Bankruptcy Court, Northern District of California, San Jose Division.

    Notice is further given that Section 362 of the Code provides for an automatic stay to be in effect as of the date of this filing.

Dated: August 8, 2008                                 BINDER & MALTER, LLP

                                                           By: _____
                                                              Roya Shakoori
                                                              Counsel for Defendant

F:\Clients\Wilson, Alex & Ken\Pleading\BakeryUnion NotStay 080808.wpd

**NOTICE OF FILING BANKRUPTCY AND OF AUTOMATIC STAY OF ACTIONS AGAINST DEBTOR(S)**

United States Bankruptcy Court
Northern District of California

### Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 08/07/2008 at 4:47 PM and filed on 08/07/2008.

**Wilsons Jewel Bakery**
1285 Homestead Road
Santa Clara, CA 95050
Tax id: 94-1480529



| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Heinz Binder**<br>Law Offices of Binder and Malter<br>2775 Park Ave.<br>Santa Clara, CA 95050<br>(408) 295-1700 | **Carol Wu**<br>25A Crescent Dr. #413<br>Pleasant Hill, CA 94523<br>408-404-7039 |

The case was assigned case number 08-54312 to Judge Arthur S. Weissbrodt.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.canb.uscourts.gov/ or at the Clerk's Office, 280 South First Street, Room 3035, San Jose, CA 95113.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Gloria L. Franklin**
**Clerk, U.S. Bankruptcy Court**

#### PACER Service Center
**Transaction Receipt**
08/08/2008 13:54:09

| PACER Login: | bm0077 | Client Code: | Wilson s Jewel Bakery |
|---|---|---|---|
| Description: | Notice of Filing | Search Criteria: | 08-54312 |
| Billable Pages: | 1 | Cost: | 0.08 |