| | |
|---|---|
| 1<br>2<br>3<br>4 | HEINZ BINDER (#87908)<br>ROYA SHAKOORI (#236383)<br>BINDER & MALTER, LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050<br>Telephone: (408) 295-1700<br>Facsimile: (408) 295-1531 |
| 5 | Counsel for Defendant |

FILED

2008 AUG 13 P 3: 10

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND<br><br>and<br><br>BOARD OF TRUSTEES OF THE BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND<br><br>Plaintiffs,<br><br>v.<br><br>WILSON'S JEWEL BAKERY, INC.<br><br>Defendant. | Case No. C08 03000 JF HRL<br><br>**PROOF OF SERVICE** |

### PROOF OF SERVICE VIA FIRST CLASS MAIL

I, Tam Tran, declare:

I am employed in the County of Santa Clara, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050.

**PROOF OF SERVICE**          Page 1

On August 8, 2008, I served a true and correct copy of the following document(s):

1. **NOTICE OF FILING BANKRUPTCY AND OF AUTOMATIC STAY OF ACTIONS AGAINST DEBTOR(S).**

by placing a true copy thereof enclosed in an envelope with postage thereon fully prepaid, and placed for collection and mailing on that date following ordinary business practices, in Santa Clara, California, to the parties addressed as follows:

George M. Kraw, Esq.
KRAW AND KRAW
1754 Technology Drive, Suite 206
San Jose, CA 95110

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on August 8, 2008, at Santa Clara, California.

Tam Tran

F:\Clients\Wilson, Alex & Ken\Pleading\BakeryUnion NotStay POS 080808.wpd

**PROOF OF SERVICE**　　　　　　　　　　　　　Page 2