**E-Filed 4/23/09**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>WILSON'S JEWEL BAKERY, INC.<br><br>Defendant. | Case No.: C08-03000-JF<br><br>[PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |

GOOD CAUSE HAVING BEEN SHOWN, the Case Management Conference currently scheduled for April 24, 2009 is hereby rescheduled for August 21, 2009, 10:30 a.m.

**IT IS SO ORDERED.**

Dated: 4/23/09

_____
Honorable Jeremy Fogel
United States District Court Judge

[Proposed] Order
Case No.: C08-03000-JF